

United States District Court
Eastern District of California

| Yennier MONTERO |
| --- |

Plaintiff(s)

Case Number: _____

V.

| US DEP'T OF HOMELAND SECURITY; et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Mario R. Urizar _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Yennier MONTERO (Plaintiff) _____

On ____ May 8, 2012 ____ (date), I was admitted to practice and presently in good standing in the ____ The Florida Bar ____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.) N/A _____

_____

Date: ____ April 15, 2026 ____    Signature of Applicant: /s/ Mario R. Urizar _____

**Pro Hac Vice Attorney**

Applicant's Name: Mario R. Urizar

Law Firm Name: Urizar Molina PA

Address: 9130 S Dadeland Blvd

Ste. 1623

City: Miami    State: FL    Zip: 33156

Phone Number w/Area Code: 305.849.4966

City and State of Residence: Miami, Florida

Primary E-mail Address: murizar@urizarlaw.com

Secondary E-mail Address: marioRurizar@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Lori B. Schoenberg

Law Firm Name: Law Offices of Lori B. Schoenberg

Address: 611 Wilshire Blvd

Ste. 1006

City: Los Angeles    State: CA    Zip: 90017

Phone Number w/Area Code: 858.922.6721    Bar # 212972

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 17, 2026

_____
U.S. Magistrate Judge Christopher D. Baker